1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   SAGE D. KAVENY
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorneys for Defendant
8  FRANCISCO E. LEON, SR.

9

10                 IN THE UNITED STATES DISTRICT COURT

11                FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13 UNITED STATES OF AMERICA,    )  2:11-CR-00539-DAD
                                )
14             Plaintiff,       )
                                )  STIPULATION AND ORDER TO VACATE
15     v.                       )  THE TRIAL CONFIRMATION HEARING
                                )  AND JURY TRIAL AND TO SET A
16 FRANCISCO E. LEON, SR.,      )  STATUS HEARING
                                )
17             Defendant.       )
                                )  Date:  March 27, 2012
18 _____ )  Time:  10:00 a.m.
                                   Judge: Dale A. Drozd
19

20     The United States Attorney through his respective counsel, JUSTIN

21 LEE, Special Assistant United States Attorney, and LINDA C. HARTER,

22 Attorney for FRANCISCO E. LEON, SR., and Certified Student Attorney,

23 SAGE D. KAVENY, hereby stipulate to vacate the trial confirmation

24 hearing set for March 7, 2012 at 10:00am and to vacate the jury trial

25 scheduled for March 19, 2012 at 10:00am.

26     Accordingly, the parties jointly request that a status hearing be

27 scheduled for March 27, 2012 at 10:00am before Magistrate Judge Dale A.

Drozd.

Time is to be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(b)(iv) (Local Rule T4) as the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Defense counsel needs additional time to obtain Mr. Leon's relevant medical records and to conduct a psychological evaluation. The parties expect to resolve this matter without a trial.

Dated: February 24, 2012          Respectfully submitted,


                                  DANIEL BRODERICK
                                  Federal Defender


                                  /s/ Rachelle Barbour
                                  FOR LINDA C. HARTER
                                  Assistant Federal Defender
                                  Attorney for FRANCISCO E. LEON, SR.

                                  /s/ Sage D. Kaveny
                                  SAGE D. KAVENY
                                  Certified Student Attorney


Dated: February 24, 2012          BENJAMIN B. WAGNER
                                  United States Attorney


                                  /s/ Justin Lee
                                  JUSTIN LEE
                                  Special Assistant U.S. Attorney

O R D E R

**IT IS SO ORDERED.**

DATED: February 27, 2012.

                                  _____
                                  DALE A. DROZD
dad1.crim                         UNITED STATES MAGISTRATE JUDGE
leon0539.stipord.set-stat-conf