1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   SAGE D. KAVENY
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorneys for Defendant
8  FRANCISCO E. LEON, SR.

9

10                 IN THE UNITED STATES DISTRICT COURT

11                FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13 UNITED STATES OF AMERICA,      ) 2:11-CR-00539-DAD
                                  )
14              Plaintiff,        )
                                  ) STIPULATION [AND PROPOSED ORDER]
15      v.                        ) TO VACATE THE STATUS HEARING AND
                                  ) SET FOR A CHANGE OF PLEA
16 FRANCISCO E. LEON, SR.,        )
                                  )
17              Defendant.        ) Date:  April 24, 2012
                                  ) Time:  9:00 a.m.
18 _____) Judge: Dale A. Drozd

19      The United States Attorney through his respective counsel, JUSTIN

20 LEE, Special Assistant United States Attorney, and LINDA C. HARTER,

21 Attorney for FRANCISCO E. LEON, SR., and Certified Student Attorney,

22 SAGE D. KAVENY, hereby stipulate to vacate the status hearing set for

23 March 27, 2012 at 10:00am and set for a change of plea.

24      Time is to be excluded under the Speedy Trial Act, 18 U.S.C. §

25 3161(h)(7)(b)(iv) (Local Rule T4) as the ends of justice served by

26 granting the continuance outweigh the best interests of the public and

27 the defendant in a speedy trial. Defense counsel needs additional time

to review Mr. Leon's medical records and the results of his psychological evaluation. Additionally, defense counsel needs additional time to explain the terms of the plea agreement to Mr. Leon.

Accordingly, the parties jointly request that a change of plea hearing be scheduled for April 24, 2012 at 9:00am before Magistrate Judge Dale A. Drozd.

Dated: March 22, 2012      Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Assistant Federal Defender
Attorney for FRANCISCO E. LEON, SR.

/s/ Sage D. Kaveny
SAGE D. KAVENY
Certified Student Attorney

Dated: March 22, 2012      BENJAMIN B. WAGNER
United States Attorney

/s/ Justin Lee
JUSTIN LEE
Special Assistant U.S. Attorney

O R D E R

**IT IS SO ORDERED.**

DATED: April 17, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
leon0539.stipord.vacate.set