1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   SAGE D. KAVENY
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6
   Attorneys for Defendant
7  FRANCISCO E. LEON, SR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00539-DAD |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO VACATE |
| v. | ) ) | THE CHANGE OF PLEA AND SET FOR A STATUS HEARING |
| FRANCISCO E. LEON, SR., | ) ) | |
| Defendant. | ) ) ) | Date: June 19, 2012 Time: 10:00 a.m. Judge: Hon. Dale A. Drozd |

The United States Attorney through his respective counsel, JUSTIN LEE, Special Assistant United States Attorney, and LINDA C. HARTER, Attorney for FRANCISCO E. LEON, SR., and Certified Student Attorney, SAGE D. KAVENY, hereby stipulate to vacate the change of plea hearing set for April 24, 2012 at 10:00am and set for a status hearing.

Time is to be excluded from April 24, 2012 to June 19, 2012 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A) and 18 U.S.C. § 4244 (Local Code A), and 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4) as the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Mr. Leon suffered a traumatic brain injury in a car accident when he was 19

years old and has received Social Security and SSI benefits ever since. Mr. Leon was recently evaluated by Dr. Frank D. Weber, Ph.D. who performed I.Q. and memory testing. After Dr. Weber's evaluation, defense counsel received and provided Mr. Leon's medical records to Dr. Weber. Dr. Weber subsequently expressed concern that Mr. Leon may not be competent to enter a plea and recommends a competency evaluation. The first available date that Dr. Weber can perform this competency evaluation is May 23, 2012.

Accordingly, the parties jointly request that a status hearing be scheduled for June 19, 2012 at 10:00am before Magistrate Judge Dale A. Drozd.

Dated: April 18, 2012     Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Assistant Federal Defender
Attorney for FRANCISCO E. LEON, SR.

Dated: April 18, 2012     BENJAMIN B. WAGNER
United States Attorney

/s/ Justin Lee
JUSTIN LEE
Special Assistant U.S. Attorney

O R D E R

**IT IS SO ORDERED.**

DATED: April 19, 2012.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim.leon0539.stipord.set-stat

-2-