FILED

JUL 17 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  FRANCISCO E. LEON, SR.

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,        )  No. 2:11-CR-00539 DAD
10                                   )
                    Plaintiff,       )     DAD
11                                   )  [PROPOSED] RELEASE ORDER
       v.                            )
12                                   )
   FRANCISCO E. LEON, SR.,           )
13                                   )
                    Defendant.       )
14  _____ )

15      On June 19, 2012, this Court sentenced the defendant to 30 days

16  incarceration. Mr. Leon self-surrendered immediately following

17  sentencing. As of July 16th the Judgment and Commitment order had not

18  been filed. Because of this, the designation process will not be

19  completed before Mr. Leon's sentence of 30 days expires on July 18th.

20  The government agrees with this proposed order and the parties request

21  that the Court issue the attached release order.

22  Dated:  July 16, 2012              Respectfully submitted,

23                                     DANIEL J. BRODERICK
                                       Federal Defender
24

25                                     /s/ Rachelle Barbour

26                                     RACHELLE BARBOUR signing for
                                       LINDA C. HARTER
27                                     Chief Assistant Federal Defender
                                       Attorney for Defendant
28                                     FRANCISCO E. LEON, SR.

1          ORDER

2    Good cause appearing therefore,

3         IT IS ORDERED that FRANCISCO E. LEON, SR. be released from federal

4    custody in the above-captioned case on July 18th, 2012.

5

6    Dated:   July _17_, 2012          _Dale A. Drozd_____
                                        Hon. DALE A. DROZD
7                                       United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Release Order/2:11-cr-00539-DAD    -2-